UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DEVONTAE NEWTON,

                Defendant.



No. 18-cr-373-5 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the government shall file a letter by Friday, April 10, 2020, setting forth its position on defendant's motion for a temporary release from custody pending sentencing (ECF No. 653).

SO ORDERED.

Dated:      April 8, 2020
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation