UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DEVONTAE NEWTON,

                Defendant.

No 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As stated in the Court's previous order (Doc. No. 713 at 1), Defendant Devontae Newton's sentencing is scheduled to proceed remotely on September 9, 2020 at 9:00 a.m. through the CourtCall videoconference platform.  The Court will email the parties directly with instructions for accessing the CourtCall conference.  Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

        Dial-in:        855-268-7844
        Access code:  32091812#
        PIN:          9921299#

SO ORDERED.

Dated:    September 2, 2020
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation