UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DEVONTAE NEWTON,

Defendant.

No 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 722 at 1), the Court and the parties have reserved September 22, 2020 at 9:00 a.m. and September 25, 2020 at 9:00 a.m. for the remote sentencing proceeding. While the Metropolitan Correctional Center can accommodate a sentencing on September 25, 2020, given the difficulty of scheduling remote proceedings involving detained individuals, it cannot accommodate a proceeding at 9:00 a.m. Accordingly, the sentencing will take place at 11:00 a.m. on September 25, 2020. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 32091812# |
| PIN: | 9921299# |

SO ORDERED.

Dated:   September 17, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation