UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DEVONTAE NEWTON,

                Defendant.

No. 18-cr-373 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

       The Court has just been informed that Defendant Devontae Newton was recently transferred from the Metropolitan Correctional Center to the Westchester County Jail. Accordingly, Newton's sentencing, which was originally scheduled to occur at 11:00 a.m., will be adjourned until 3:00 p.m. today. In addition, because the Westchester County Jail does not use the CourtCall videoconference platform, the sentencing will now take place remotely using Skype for Business. The Court will email the parties directly in due course with further instructions for accessing the Skype videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    September 25, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation