UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>                              Defendant. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On January 12, 2021, the Court received a *pro se* letter from Defendant Devontae Newton, dated December 8, 2020, requesting compassionate release under 18 U.S.C. § 3582 (see attached). IT IS HEREBY ORDERED THAT the government shall file a letter by January 21, 2021, setting forth its position on Newton's request. The Clerk of Court is respectfully directed to mail a copy of this order to Newton.

SO ORDERED.

Dated:   January 15, 2021
         New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation

Dear Honorable Judge Sullivan                                December 8th, 2020

Good morning, how are you & your family holding up during this Pandemic? I Devontae Newton am writing you in regards to my incarceration time. I would have had my lawyer contact you but since I plead guilty I have been hearing less & less feedback from Mr. Turano. He hasn't answered any of my family calls or text messages since sentencing. Also, he has yet to send me my sentencing minutes, all my court appearance minutes, & hasn't let me or my family know where I am designated to finish the rest of my sentence. Due to that I am contacting you myself an asking is their a way that you can possibly grant me a compassionate release & allow me to complete the rest of my time on an ankle bracelet, home confinement or any other circumstance due to the corona virus & it's second more effective wave. As of right now I am located at Orange County Correctional Facility located in Goshen, New York. I have already served at least half of my time that I am sentenced to & being that the city is being shut down if its not already, there's no telling when I will be able to make it to my Federal designation. Also, being that if I do make it to the compound I am assigned to go to, during this pandemic there will be no way possible for me to complete or start some of the programs to help me get time off such as RDAP. I wont be able to even take the college courses. I'm going to keep it brief your Honor, hopefully you can get me some feedback soon. Enjoy your day stay safe.

                                                                Sincerly, Mr. Newton.

Devontae Newton 20200121
Orange County Correctional Facility
110 Wells Farm Road
Goshen, New York 10924

WESTCHESTER NY 105
9 DEC 2020 PM 1 L

Honorable Judge Richard J. Sullivan
500 Pearl Street
New York, NY 10007

10007-131599

USM P3
SDN