UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>                    Defendant. | No. 18-cr-373-5 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On November 29, 2023, the Court presented Defendant Devontae Newton on four specified violations of the terms of his supervised release, as set forth in the Probation Office's report dated November 20, 2023. Newton denied the first three specifications, but admitted Specification 4. The Court is now in receipt of a letter from defense counsel requesting an evidentiary hearing on Specifications 1 through 3. (*See* Doc. No. 1008.)

Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear on Wednesday, January 17, 2024, at 2:30 p.m. in Courtroom 6B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an evidentiary hearing regarding the open specifications. IT IS FURTHER ORDERED THAT, by January 10, 2024, the government shall submit a letter indicating (i) any stipulations of fact or law that have been agreed upon by the parties; (ii) the names of the witnesses whom the government expects to call at the hearing; (iii) a list of the exhibits to be offered at the hearing; and (iv) an estimation as to how long the government expects the hearing to last. IT IS FURTHER ORDERED THAT, by January 10, 2024, the government shall provide Newton with copies of all documentary evidence or other exhibits, which shall be compiled in tabbed binders and organized by exhibit number, and shall submit two courtesy copies of these materials to chambers.

2

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 1008.

SO ORDERED.

Dated:   January 3, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation