

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2024

**By Email and ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge[1]
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *United States v. Devontae Newton*, 18 Cr. 373 (RJS)

Dear Judge Sullivan,

      With the consent of defense counsel, the Government respectfully writes to request that the Court take the evidentiary hearing in the pending violation of supervised release proceedings scheduled on January 17, 2024 off the calendar and schedule a plea proceeding for that time. The Government has been informed by defense counsel that supervisee Devontae Newton wishes to admit to all of the remaining open specifications in these proceedings. The Government also requests that the Court relieve it of its obligations to turn 3500 material to defense counsel and the Court.

      Please feel free to contact me with any questions or issues.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:    /s/ Edward C. Robinson Jr.
       Edward C. Robinson Jr.
       Assistant United States Attorney
       212-637-2273

cc: Stephen Turano (by email and CM/ECF)
    United States Probation Officer Latoya Harris and Alecia Ogur (by email)

---

IT IS HEREBY ORDERED THAT the parties shall appear as previously scheduled on January 17, 2024, at which time Supervisee Devontae Newton is expected to admit to the specified violations of supervised release set forth in the Probation Office's November 20, 2023 report.  In light of Newton's expected admissions, the government need not produce the witnesses and exhibits identified in its January 10, 2024 submission.  The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 1021.

SO ORDERED
January 14, 2024
                                    RICHARD J. SULLIVAN
                                    United States Circuit Judge
                                    Sitting by Designation