UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>                    Defendant. | No. 18-cr-373-5 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for sentencing at 2:30 p.m. on Monday, January 29, 2024, in Courtroom 20C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    January 25, 2024
             New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation