UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>　　　　　　　Supervisee. | No. 18-cr-373-5 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Monday, September 9, 2024, at 12:00 noon in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:　　September 6, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation