UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br>      Supervisee. | No. 18-cr-373 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  For the reasons stated on the record during the violation of supervised release presentment today, IT IS HEREBY ORDERED THAT the terms of Supervisee's release are modified to include: home detention and GPS location monitoring. Supervisee shall remain at his current residence in Far Rockaway, New York until further order of the Court. Supervisee may only leave his residence in the case of an emergency. In the event that Supervisee has court proceedings, appointments with U.S. Probation personnel, or medical appointments, Supervisee must obtain permission from both U.S. Probation and the Court prior to leaving his residence to attend that proceeding or appointment. All other terms of his supervised release shall remain in effect.

SO ORDERED.

Dated: September 9, 2024
     New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation