UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>                    Supervisee. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's request for permission to leave his residence and attend his Nassau County court proceedings on September 10, 2024 and September 11, 2024. The request is GRANTED. IT IS HEREBY ORDERED THAT Supervisee may leave his residence for the limited purpose of attending his court proceedings. Supervisee shall take public transportation to travel directly from his residence to his court proceedings and return to his residence immediately afterwards without any detour.

SO ORDERED.

Dated:     September 9, 2024
           New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation