UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>               Supervisee. | No. 18-cr-373 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      On September 9, 2024, the Court presented Supervisee on eight specified violations of supervised release set forth in the Probation Office's September 6, 2024 report. (Doc. No. 1067 at 7–9). Supervisee denied seven out of the eight specifications, and the Court scheduled an evidentiary hearing for October 3, 2024. (*Id.* at 7–9, 11–12). The Court also ordered that, pending resolution of the alleged violations, Supervisee was to remain on "home detention with GPS location monitoring" at his current residence until further order of the Court. (Doc. No. 1064; *see* Doc. No. 1067 at 47–49).

      At the request of Supervisee's Probation Officer, IT IS HEREBY ORDERED THAT the Court's September 9, 2024 order is revised to permit Supervisee to leave his residence for the limited purpose of attending his weekly substance abuse treatment sessions as approved by his Probation Officer. Supervisee shall travel directly from his residence to treatment and shall return to his residence immediately afterwards without any detour. Supervisee shall not leave his residence for any other purpose without first obtaining permission from the Court.

SO ORDERED.

Dated:    September 26, 2024
              New York, New York

                                                                    RICHARD J. SULLIVAN
                                                                    UNITED STATES CIRCUIT JUDGE
                                                                    Sitting by Designation