UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>      Supervisee. | No. 18-cr-373-5 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, October 14, 2025, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at which time the Supervisee will be presented on the violations of supervised release alleged in the Probation Office's report of September 25, 2025.

SO ORDERED.

Dated: October 8, 2025
    New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation