UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DEVONTAE NEWTON,<br><br>                    Supervisee. | No. 18-cr-373-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the status conference held on October 14, 2025, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of the alleged violations of supervised release set forth in the Probation Office's report dated October 10, 2025.

SO ORDERED.

Dated:        October 14, 2025
                   New York, New York

                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation