TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016
_____

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102
_____

Tel (973) 648-6777
Fax (917) 594-5667

> The parties' request is granted. On or before
> February 9, 2026, the parties shall file a joint
> letter apprising the Court of the status of
> Supervisee's state prosecution and proposing next
> steps in this matter. The Clerk of Court is
> respectfully directed to terminate the motion
> pending at Document Number 1110.
>
> SO ORDERED.
> January 16, 2026
>
> Richard J. Sullivan
> United States Circuit Judge
> Sitting by Designation

January 14, 2026

Hon. Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:    United States v. Burgess, et al.
       Case No. 18 Cr. 373 (RJS)

Dear Judge Sullivan:

I respectfully submit this joint letter on behalf of the parties. I conferred with Mr. Newton's attorney on the Kings County underlying state criminal matter, who confirmed that a state grand jury declined to return robbery charges against Mr. Newton and his co-defendants and, instead, the Kings County District Attorney (KCDA) charged them with two state misdemeanor offenses. The state case is currently scheduled for a status conference on February 2, 2026, and the Government is waiting for confirmation from the (KCDA) whether it intends to have Mr. Newton produced from federal custody on that date.

Mr. Newton wishes to resolve the KCDA prosecution first before proceeding with the federal specifications relating to the October 9, 2025 incident. The parties propose that we update the Court again shortly after February 2, 2026, and be prepared in that update to schedule an in-person status conference.

Respectfully,
/s/ *Stephen Turano*
Stephen Turano, Esq.
Attorney for Devontae Newton

cc:    Matthew J.C. Hellman (by ECF and email)
       Jun Xiang, AUSA (by ECF and email)
       LaToya Harris, Probation Office, S.D.N.Y. (By Email)
       All Counsel of Record (by ECF)