**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

March 23, 2026

**BY ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **United States v. Devontae Newton, 18 Cr. 373 (RJS)**

Dear Judge Sullivan:

    The Government respectfully submits this joint letter on behalf of the parties to respectfully request that the Court adjourn the conference relating to the defendant's Violation of Supervised Release for approximately three weeks. On or about March 13, 2026, the defendant was brought to state court in Kings County, where his open state matters were resolved with a plea to disorderly conduct with no jail time to follow. The defendant's violation specifications remain. The parties have discussed possible resolutions short of a hearing in this matter and wish to finish those discussions. Those discussions will be particularly aided by the Government's acquisition of sealed state court records pertinent to the open specifications related to the alleged commission of a robbery aided and abetted by the defendant. The parties therefore respectfully propose the this adjournment to acquire those records, and for the parties to determine whether an evidentiary hearing will be necessary. Should the parties be able to reach agreement ahead of the proposed adjournment date, the parties will notify the Court forthwith of their request to order either a proposed plea or evidentiary hearing in this matter.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

By:   /s/_____
         Matthew J. C. Hellman / Elinor Tarlow / Jun Xiang
         Assistant United States Attorneys
         (212) 637-2278 / -1036 / -2289

**CC (ECF)**
All Counsel of Record
Darren Galerkin, Probation Office, E.D.N.Y. (By Email)
LaToya Harris, Probation Office, S.D.N.Y. (By Email)

IT IS HEREBY ORDERED THAT the March 24, 2026 conference is adjourned. IT IS FURTHER ORDERED THAT the parties shall submit a joint status letter to the Court by April 10, 2026 detailing next steps in this matter.

SO ORDERED.

Dated: March 24, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation