UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

DEVONTAE NEWTON,

                Supervisee.

No. 18-cr-373-5 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, May 22, 2026, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for a hearing on the alleged violations of supervised release specified in the Probation Office's report dated October 10, 2025.

IT IS FURTHER ORDERED THAT the government shall submit a letter by Friday, May 15, 2026 setting forth the witnesses that it intends to call and the exhibits that it intends to introduce at the hearing; the government shall also provide copies of all exhibits and witness statements to the Court and Supervisee's counsel at that time. If Supervisee wishes to call witnesses and/or introduce evidence at the hearing, he shall provide a list of all witnesses that he intends to call and copies of all exhibits and witness statements to the Court and the government by Tuesday, May 19, 2026.

SO ORDERED.

Dated:      April 27, 2026
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation