UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>DEVONTAE NEWTON,<br><br>                    Supervisee. | No. 18-cr-373-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On May 22 and 29, 2026, the Court held a hearing on the Specifications set forth in the Probation Office's amended Violation of Supervised Release report dated October 10, 2025.  At the May 29 hearing, the Court (i) found by a preponderance of the evidence that the Supervisee had committed Specifications One, Two, Three, Four, Five, Six, Eleven, and Twelve; (ii) reserved judgment on Specifications Seven, Eight, Nine, and Ten (the "Robbery Specifications"); and (iii) ordered the parties to submit briefs concerning the sufficiency of the evidence as to the Robbery Specifications.  For the reasons stated below, the Court finds that the government has failed to meet its burden as to the Robbery Specifications.

The Robbery Specifications allege various degrees of robbery under New York law, each of which requires the government to establish a "forcible stealing" that involves "threaten[ing] the immediate use of physical force upon another person for the purpose of . . . [p]reventing . . . resistance . . . to the retention [of property] immediately after the taking."  N.Y. Penal L. § 160.00. An accomplice is guilty of robbery when he (i) has "the intent to forcibly steal property" and (ii) "intentionally aids another person to engage in such conduct."  *People v. Knox*, 25 N.Y.S.3d 751, 752 (3d Dep't 2016).  Although the government has shown that the Supervisee intended to

steal property and that his confederate threatened force in the immediate flight from the taking, the evidence does not establish by a preponderance of the evidence that the Supervisee intended to use force or to aid his confederate in using force. Therefore, the Court finds that the government has failed to prove the Robbery Specifications.

IT IS HEREBY ORDERED THAT the parties shall appear, as previously directed, for sentencing on Specifications One, Two, Three, Four, Five, Six, Eleven, and Twelve on June 24, 2026, at 10:00 a.m., in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. IT IS FURTHER ORDERED THAT the Supervisee shall file his sentencing submission by June 16, 2026; and the government shall file its submission by June 19, 2026.

SO ORDERED.

Dated:          June 15, 2026
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE,
SITTING BY DESIGNATION